IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| VILMA VIVIANA CARRILLO CARRILLO, | : | |
| Petitioner, | : | |
| v. | : | CASE NO. 7:18-CV-201-HL-MSH |
| | : | 28 U.S.C. § 2241 |
| Warden, IRWIN COUNTY DETENTION CENTER, *et al.*, | : | |
| Respondents. | : | |

## **ORDER**

The Court received Petitioner's application for habeas corpus relief (ECF No. 1) on December 14, 2018. Respondents timely filed a Return on December 20, 2018 (ECF No. 5). They seek additional time to file a comprehensive response. Resp'ts' Return 1-2, ECF No. 5. Respondents' request for additional time is granted. They have twenty-eight (28) days from today to file a comprehensive response to the above captioned habeas petition. Within fourteen (14) days thereafter, Petitioner should file a reply. The Court will consider whether to hold an evidentiary hearing once briefing is complete.

SO ORDERED, this 20th day of December, 2018.

/s/ Stephen Hyles
UNITED STATES MAGISTRATE JUDGE